FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 22-41537-ELM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | MATTHEWS STEEL LLC | Date Filed (f) or Converted (c): | 07/07/2022 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 08/09/2022 |
| | | Claims Bar Date: | 11/07/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Miscellaneous refund from bank sale of equipment (u) | $0.00 | $0.00 | | $27,944.46 | FA |
| 2 | JP Morgan Chase Bank (9767) Checking account 9767 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Savings account 6911 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Accounts Receivable | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Auction proceeds from sale of assets | $0.00 | $0.00 | | $118,586.76 | FA |
| 6 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Entered in error for Reimbursement for annual bond premium | | | | | |
| 7 | Settlement with VCC, LLC (u) | $0.00 | $0.00 | | $42,198.65 | FA |

**TOTALS (Excluding unknown value)**                $0.00          $0.00                               $188,729.87

**Gross Value of Remaining Assets**  $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 01/28/2026 | Trustee is still waiting on Larry Levick (counsel) to file his final fee application. |
| 01/28/2026 | The Trustee has completed administering the case. TFR to be submitted by 3/31/2026. |
| 01/20/2026 | Trustee's counsel is in the process of preparing its final fee application. |
| 10/13/2025 | From Counsel...Final fee apps to be filed by end of month (October 2025). |
| 06/16/2025 | Counsel still working on settlement with Creditor. |
| 12/22/2024 | An issue with former Landlord has arisen and working things out. No timetable set for closing this one. |
| 07/20/2024 | Counsel is in settlement talks with affected Creditor. |
| 12/21/2023 | Trustee's counsel has uncovered a possible preferential / fraudulent transfer of significant equipment to a creditor and is continuing his investigation thereto. |
| 06/24/2023 | Trustee's counsel is investigating avoidable transfers. |

**Initial Projected Date Of Final Report (TFR):** 06/30/2023       **Current Projected Date Of Final Report (TFR):** 03/31/2026

/s/ RODDRICK B. NEWHOUSE

RODDRICK B. NEWHOUSE