## FIRST AND FINAL FEE APPLICATION COVER SHEET

First and Final Fee Application of : **SINGER & LEVICK, P.C.**

Capacity: **COUNSEL FOR THE CHAPTER 7 TRUSTEE**

Time Period:  July 25, 2022 through the present date

Bankruptcy Petition Filed on:  July 7, 2022

Date of Entry of Retention Order:  September 21, 2022 (**Dkt.032**)

Status of Case:  Closing

| Amounts Requested | | Reductions | |
|---|---|---|---|
| Fees | $ 45,793.00 | Voluntary Fee Reductions | $ 1,000.00 |
| Expenses | $ 3,704.29 | Expense Reductions | $ 0.00 |
| Other | $ 0.00 | Other | $ 0.00 |
| Total | $ 49,497.29 | Total Reductions | $ 1,000.00 |

| Draw Down Request | | Expense Detail | |
|---|---|---|---|
| Retainer Received | $ 0.00 | Filing Fees | $ 188.00 |
| Previous Draw Down(s) | $ 0.00 | Computer Research | $ 561.84 |
| Remaining Retainer (now) | $ 0.00 | Mailout Service | $ 1,505.08 |
| Requested Draw Down | $ 0.00 | Depositions/Transcripts | $ 1,402.77 |
| Retainer Remaining (after) | $ 0.00 | Copies: $0.20/pg x 8 pgs | $ 1.60 |
| | | Postage | $ 45.00 |

| Hourly Rates | Attorney / Accountant | Paralegal / Clerical |
|---|---|---|
| Highest Billed Rate | $ 535.00 | $ 295.00 |
| Total Hours Billed | 94.50 | 23.90 |
| Blended Rate | $ 440.34 | $ 216.78 |

**Larry A. Levick**
**State Bar No. 12252600**
**SINGER & LEVICK, P.C.**
**16200 Addison Road, Suite 140**
**Addison, Texas 75001**
**Phone: 972.380.5533**
**Fax: 972.380.5748**
**Email: levick@singerlevick.com**

**GENERAL COUNSEL FOR RODDRICK B. NEWHOUSE, TRUSTEE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 22-41537 (ELM)** |
| **MATTHEWS STEEL LLC,** | § | |
| | § | **Chapter 7** |
| Debtor. | § | |

## FIRST AND FINAL APPLICATION OF SINGER & LEVICK, P.C., COUNSEL FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT LOCATED AT THE ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., ROOM 147, FORT WORTH, TX 76102-3643 BEFORE THE CLOSE OF BUSINESS ON FEBRUARY 26, 2026, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY, PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.**

**IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

**COMES NOW,** Singer & Levick, P.C. ("**Applicant**"), counsel for Roddrick B. Newhouse, Chapter 7 Trustee for the Estate of Matthews Steel LLC, and files this *First and Final Application of Singer & Levick, P.C., Counsel for the Chapter 7 Trustee, for Allowance of Compensation of Fees and Reimbursement of* Expenses ("**Application**") and, in support thereof, would respectfully show the Court the following:

## I.

## JURISDICTION; VENUE; STATUTORY BASIS FOR RELIEF

1.      This Court has jurisdiction over this Application and any hearings or orders entered pursuant to 28 U.S.C. § 157 and § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this Court pursuant to 28 U.S.C. §1408 and §1409.  The relief sought in this Application is based upon 11 U.S.C. §§ 327, 328, 330 and 503(b)(2) of Title 11 of the UNITED STATES CODE ("**Bankruptcy Code**"), and Rules 2014 and 2016 of the FEDERAL RULES OF BANKRUPTCY PROCEDURE.

2.      This Application is made pursuant to 11 U.S.C. § 331 of the Bankruptcy Code and Rule 2016 of the FEDERAL RULES OF BANKRUPTCY PROCEDURE.

## II.

## BACKGROUND

3.      On July 7, 2022 ("**Petition Date**"), a voluntary Petition was filed by Matthews Steel LLC ("**Debtor**") under Chapter 7 of Title 11 of the Bankruptcy Code commencing the above-captioned case ("**Bankruptcy Case**").

4.      Roddrick B. Newhouse is the duly-appointed Chapter 7 Trustee ("**Trustee**") for the Bankruptcy Estate of Matthews Steel LLC ("**Estate**").

5.      On August 17, 2022, the Trustee filed his *Application of Trustee for Employment of Singer & Levick, P.C. as General Counsel* (**Dkt.023**) and, on September 21, 2022, this Court entered

its *Order Approving Application of Trustee for Employment of Singer & Levick, P.C. as General Counsel* (**Dkt.032**).

### III.

### TIME PERIOD COVERED

6.      Applicant seeks award of final compensation and expenses for professional services rendered during the period of July 25, 2022 through the present date ("**Application Period**").

### IV.

### COMPENSATION SOUGHT AND VOLUNTARY REDUCTION

7.      Applicant has devoted many hours of time, attention and effort to this case on behalf of the Trustee.  All of the legal services performed by Applicant were requested by the Trustee, were necessary, and were rendered in the normal and usual course of these proceedings.

8.      The Estate is currently holding approximately **$161,989.49**.

9.      Applicant has rendered **118.40** hours of legal services in the representation of the Trustee during the Application Period in the amount of **$46,793.00**.  Applicant has agreed to **voluntarily reduce** the amount of the fees and expenses requested,  Accordingly, based on the nature of the services rendered, the time required, the value of the services to the Trustee in the administration of the Debtor's Estate, and the cost of comparable services other than in a case under the Bankruptcy Code, Applicant seeks compensation for its voluntarily reduced professional fees in the amount of **$45,793.00** for the Application Period.

10.     Applicant also seeks reimbursement of out-of-pocket expenses incurred during the Application Period in the amount of **$3,704.29**, which includes the anticipated expense for the service of this Fee Application in the amount of $150.00.

11.     The total **voluntarily reduced** amount of fees and expenses for which Applicant seeks approval is **$49,497.29**.

## V.

## **FACTUAL BACKGROUND AND WORK PERFORMED**

12.    Applicant was hired to perform any legal services that would be necessary during this Chapter 7 case and, more specifically, to represent the Estate in any activities which the Trustee would reasonably require in order to assist him in maximizing the value of and liquidating the assets of the Debtor's Estate, including potential lien issues in not only this case, but a related case as well, and pursuing potential causes of action.  Applicant submits that it has provided services to the Trustee which directly resulted in significant benefit to the Debtor's Estate and its creditors. Applicant has devoted many hours of time, attention and effort to this case on behalf of the Trustee. All of the legal services performed by Applicant were requested by the Trustee, were necessary, and were rendered in the normal and usual course of these proceedings.

13.    Applicant had to deal with numerous complicated issues in this case.  Firstly, Applicant arranged a sale by auction of certain equipment.  There were numerous competing claims to the equipment, as well as a large administrative claim of the Landlord.  Applicant was able to shepherd through a sale that generated a recovery for the Estate and resolved the claim of the Landlord.  Additionally, Applicant also investigated the principal of the Debtor, as well as numerous transfers from the Estate.  The Debtor was extremely uncooperative but, after finally undergoing a 2004 exam, produced documents to Applicant.  Applicant was able to use this information to pursue claims that generated additional funds into the Estate.  Additionally, Applicant also had dealings with Wells Fargo Bank about missing equipment, which resulting in Wells Fargo turning over funds to the Estate.

### A.     Motion to Lift Stay

14.     On July 27, 2022, 226 CR 3341, LLC ("**Landlord**") filed its *Motion for Relief from Automatic Stay* (**Dkt.011**) and, on August 11, 2022, Applicant filed the *Trustee's Response to [Landlord's] Motion for Relief from Automatic Stay* (**Dkt.020**).  After extension negotiations with Applicant and counsel for the Landlord, the parties agreed to allow the Trustee to auction and sell certain personal property belonging to the Debtor at the property, for the payment of post-petition rent through the proceeds of the contemplated auction and sale, and allowance of a Claim for unpaid rent.

### B.     Motion to Employ Auctioneer/Liquidation and Motion to Sell

15.     On August 17, 2022, Applicant filed an *Application to Employ Rosen Systems, Inc. as Auctioneer/Liquidator* (**Dkt.024**) and a *Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances* (**Dkt.025**), seeking to auction and sell certain equipment and property. Following an agreement reached between Applicant and counsel for the Landlord, on September 14, 2022, the Court entered the *Agreed Order Approving Motion to Sell* (**Dkt.031**) and, on September 21, 2022, the Court entered the *Order Granting Application to Employ Rosen Systems, Inc. as Auctioneer/Liquidator* (**Dkt.033**).

16.     On September 13, 2022 through September 20, 2022, Rosen Systems conducted a public online auction of the Property, which resulted in a recovery to the Estate of **$118,586.76** in gross sales proceeds, and a buyer's premium of $11,858.68 earned to Rosen Systems.

### C.     Motion to Compromise Controversy With VCC, LLC

17.     On July 20, 2023, Applicant, after extensive negotiations with counsel for VCC, LLC ("**VCC**"), filed a *Motion to Compromise Controversy With VCC, LLC* (**Dkt.050**) seeking approval of an agreement reached resolving any potential claims which the Trustee could bring against VCC on behalf of the Estate in regards to any property of the Estate.  On August 22, 2023,

the Court entered its *Order Granting Motion to Compromise Controversy With VCC, LLC* (**Dkt.053**). Applicant's efforts resulted in a recovery of **$42,626.00** to the Estate.

**D.**     **Summary**

18.     As shown above, the efforts of Applicant referenced above resulted in obtaining approximately **$161,212.76** for the Estate.

## VI.

## FACTORS FOR COMPENSATION BY THE COURT

19.     Approval of compensation in a bankruptcy proceeding for a law firm employed as counsel for the Trustee, such as Applicant, is governed by 11 U.S.C. § 330.  In relevant part, Section 330 provides that the Court may award a law firm employed under Section 327 of the Bankruptcy Code reasonable compensation for actual and necessary services rendered by the law firm and reimbursement for actual and necessary expenses.  In determining the amount of reasonable compensation to be awarded, the Court is required to consider the nature, extent, and value of the service, taking into account all relevant factors including, but not limited to, the time spent on the services, the rates charged for the services, whether the services were necessary to the administration of or for the benefit of the Estate, whether the services were performed within a reasonable amount of time commensurate with the nature of the task and whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in other similar cases.

20.     Pursuant to the decisions of the United States Court of Appeals for the Fifth Circuit in *In re Lawler*, 807 F.2d 1207 (5th Cir. 1987), *Cooler Liquor. Inc. v. Adolph Coors Co.*, 684 F.2d 1087 (5th Cir. 1982), *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), Applicant requests that the Court

consider the factors set forth below in determining the amount of compensation that is reasonable for Applicant's services in this case.

21.     The Fifth Circuit has allowed compensation for the preparation of applications for compensation such as the instant Application.  See *Rose Pass Mines, Inc. v. Howard*, 615 F.2d 1088 (5th Cir. 1980).

22.     Attached hereto as **<u>Exhibit A</u>** is a Statement of Services which sets forth in detail all of the time for which compensation is sought by the attorneys and other professional staff.  Such Statement of Services shows the date the services were rendered, the nature of the services rendered, by whom the services were rendered, and the time required for the performance of such services.

23.     The following highlights, and the narrative entries on the attached Exhibit A, demonstrate the beneficial services rendered by Applicant for the Trustee for which compensation and reimbursement is appropriate.

**A.     <u>Time and Labor Required</u>**

24.     Applicant's attorneys and other professional staff have expended **118.40** hours in representing the Trustee during the Application Period.  Applicant's records of the time expended in the rendition of professional services for the Trustee, as well as for all of its other clients, consist of hand-written diary entries by individual attorneys and professional support staff which are then placed in computer records.  This time does not include the time expended by secretaries and other support staff.  All professionals involved in the rendering of services in this proceeding have made a deliberate effort to avoid any unnecessary duplication of work and time expended.  It is submitted that all of these services are reasonable, necessary, and that Applicant is entitled to reimbursement of its **voluntarily reduced** fees in the total sum of **$45,793.00**.

**B.**    <u>**Expenses**</u>

25.    It has been necessary for Applicant to incur certain out-of-pocket expenses in connection with its representation of the Trustee in this case.  Careful records of these expenditures have been maintained, and the expenses incurred for the Application Period are also summarized in the attached Exhibit A, which includes the anticipated expense for the service of this Fee Application in the amount of $150.00.  It is submitted that all of these expenses are reasonable, necessary, and that Applicant is entitled to reimbursement of its expenses in the total sum of **$3,704.29**.

**C.**    <u>**Novelty and Difficulty of Issues**</u>

26.    The issues were difficult in that Applicant had to determine ownership of competing claims to the property and had to deal with a non-cooperative Debtor.  Applicant assisted in resolving a Motion to Lift Stay, resolved any potential claims which the Trustee could bring against VCC on behalf of the Estate in regards to any property of the Estate, and assisted with an auction and sale of certain equipment and property.  As a result, Applicant was instrumental in resulting in a recovery of approximately **$161,212.76** to the Estate.

**D.**    <u>**Preclusion From Other Employment**</u>

27.    Applicant's representation of the Trustee has not precluded this firm from accepting representation of other entities nor from any other employment in other matters due to any types of conflicts or the time consumed in this bankruptcy proceeding.

**E.**    <u>**Customary Fees**</u>

28.    Applicant is applying for compensation of fees that reflect its customary billing rates. The hourly rates charged for Applicant's attorneys are within the range of those customarily charged by other law firms of requisite skill and experience in the Northern District of Texas.  These rates are in accord with Applicant's fees charged in other matters and are customary for a bankruptcy attorney of the billing attorney's experience and reputation.

**F.** **Fixed or Contingent Fees**

29.     The fees for Applicant's services are fixed fees based on the time spent in this case. At all times, however, Applicant's compensation has been contingent upon the availability of sufficient assets and funds in the Estate, and the ultimate determination of this Court.

**G.** **Time Limitations Imposed by Client or other Circumstances**

30.     In general, there were no time limitations imposed by the client or other circumstances.

**H.** **Results Obtained**

31.     Applicant has obtained good results for the Estate.  There was very little money in the Estate when Applicant began its work.  Applicant shepherded an auction and pursued claims that ultimately resulted in approximately **$161,212.76** recovered for the Estate.

**I.** **Experience, Reputation and Ability**

32.     Applicant has represented all types of entities in liquidation and reorganization cases in the State of Texas and elsewhere throughout the nation, and enjoys a good reputation as experienced and capable bankruptcy counsel.

**J.** **The Undesirability of the Case**

33.     There were no difficult or complex matters involved in this case that would make this case undesirable for any law firm.

**K.** **The Nature and Length of the Professional Relationship with Client**

34.     Applicant's representation of the Trustee commenced on July 25, 2022, and continues through the present date.  Applicant was employed by the Trustee in this matter because of its knowledge in the field of bankruptcy.

**L.**  **Awards in Similar Cases**

35.    Applicant further represents that the fees applied for are in conformity with fees allowed in similar proceedings for similar services rendered and results obtained.   Applicant respectfully requests that the Court take notice of the awards which have been made in similar proceedings of this size and complexity.

**M.**  **Summary**

36.    Applicant expended **118.40** hours of attorneys' and paralegal's time for services furnished to the Trustee during the Application Period in the amount of **$46,793.00**.   Applicant is **voluntarily reducing** its professional fees by **$1,000.00**.   Accordingly, Applicant seeks compensation for its voluntarily reduced professional fees in the amount of **$45,793.00**, plus its expenses of **$3,704.29** (which includes the anticipated expense for the service of this Fee Application in the amount of $150.00).   The total amount of voluntarily reduced fees and expenses for which Applicant requests and seeks approval is **$49,497.29**.   Exhibit A indicates how that time was spent, as well as how the requested final compensation has been calculated.

37.    Based on the criteria outlined in 11 U.S.C. § 330(a)(3), Applicant believes the professional fees requested are reasonable considering the nature and extent of the services provided. It is submitted that, for the reasons more fully outlined above, the amounts sought are fair and reasonable compensation in light of all the circumstances.

**VII.**

**APPLICANT IS A "DISINTERESTED PERSON"
AND HOLDS NO ADVERSE INTEREST**

38.    All professional services for which allowance of compensation is requested were performed by Applicant on behalf of the Trustee and not on behalf of any other entity or person. Applicant owns neither a claim against, nor an interest in, the Trustee, and no beneficial interest in the Trustee, directly or indirectly, has been acquired or transferred by Applicant or for

Applicant's benefit since the commencement of this case.  Applicant represents no interest adverse to any interest of the Trustee with respect to matters upon which it is engaged, and Applicant is a "disinterested person" under Section 101(14) of the BANKRUPTCY CODE.

39.    No agreement or understanding exists between Applicant and any other person or entity for sharing of compensation received or to be received for services rendered in connection with these proceedings, except that fees will be shared with other partners of Applicant as permitted by Bankruptcy Rule 2016 and Section 504 of the BANKRUPTCY CODE.

## VIII.

## <u>PRAYER</u>

**WHEREFORE, PREMISES CONSIDERED**, Applicant respectfully requests that this Court:

1.    Approve this Application;

2.    Approve final compensation for its **voluntarily reduced** fees in the amount of **$45,793.00**;

3.    Approve final compensation for its expenses in the amount of **$3,704.29;**

4.    Approve and direct the Trustee to **immediately** pay Applicant the total sum of **$45,793.00** from the funds on hand of the Estate for its voluntarily reduced fees;

5.    Approve and direct the Trustee to **immediately** pay Applicant the total sum of **$3,704.29** from the funds on hand of the Estate for its expenses; and, finally.

6.    Grant to Applicant such other and further relief to which Applicant may show itself to be justly entitled.

**DATED:  February 5, 2026**

Respectfully submitted,

SINGER & LEVICK, P.C.

By:     /s/ *Larry A. Levick*
         Larry A. Levick
         State Bar No. 12252600

16200 Addison Road, Suite 140
Addison, Texas  75001
Phone:  972.380.5533
Fax:  972.380.5748
Email:  levick@singerlevick.com

GENERAL COUNSEL FOR
RODDRICK B. NEWHOUSE, CHAPTER 7
TRUSTEE

## <u>PROFESSIONAL CERTIFICATION</u>

The undersigned hereby certifies that:

a.      The undersigned is the professional designated by Applicant with the responsibility in this case for compliance with the **Guidelines for Compensation and Expense Reimbursement of Professionals dated effective May 29, 2001 for the United States Bankruptcy Court for the Northern District of Texas**.

b.      The undersigned has read the Application.

c.      To the best of the undersigned's knowledge, information and belief formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Guidelines except as specifically noted in this Application.

d.      The compensation and expense reimbursement requested are billed at rates in accordance with practices no less favorable than those customarily employed by Applicant and generally accepted by Applicant's clients.

**DATED:  February 5, 2026**

                                          /s/  *Larry  A. Levick*
                                          Larry A. Levick

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties listed below, on this 5th day of February, 2026.

| **<u>DEBTOR:</u>** | **<u>ATTORNEY FOR DEBTOR</u>:** |
|---|---|
| Matthews Steel LLC<br>310 S. Oak Street, Suite 216<br>Roanoke, TX 76262**VIA ECF Noticing through its attorney** | Nicholas C. Inman<br>Allmand Law Firm, PLLC<br>860 Airport Freeway, Suite 401<br>Hurst, TX 76054<br>**VIA ECF Noticing** |
| **<u>TRUSTEE:</u>**<br>Roddrick B. Newhouse<br>401 Century Parkway, Suite 715<br>Allen, TX 75013<br>**VIA ECF Noticing** | **<u>US TRUSTEE:</u>**<br>Office of the US Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>**VIA ECF Noticing** |

  /s/  Larry A. Levick            
Larry A. Levick

# Exhibit A

SINGER & LEVICK, P.C.
Attorneys and Counselors
16200 Addison Road, Suite 140
Addison, Texas  75001
Telephone (972) 380-5533
Facsimile (972) 380-5748

Tax ID 75-2446449

Page: 1
Roddrick B. Newhouse, Chapter 7 Trustee                    February 05, 2026
401 Century Parkway, Suite 715                             Client No:   348-10B
Allen  TX  75013                                           Invoice No:   752182

Attn: Roddrick B. Newhouse, Chapter 7 Trustee

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division

Please return top portion with remittance
include invoice number on check

Legal Fees

|            |     |                                                                                                                                                                                                                                                                                                                                                                                     | Hours |        |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 07/25/2022 | SFC | Receipt of correspondence from the Trustee regarding new matter (.1); Review of Court's docket and attention to downloading pertinent documents (.2); Preparation of correspondence to L. Levick forwarding Docket Sheet, Schedules and SOFA (.1); Attention to docketing scheduled 341 meeting (.1); Attention to opening new matter (.2). | 0.70  | 136.50 |
| 07/26/2022 | LAL | Review documents, Schedules and Statement of Financial Affairs. | 1.00 | 400.00 |
| 07/28/2022 | LAL | Continue review of documents, including Debtor documents. | 1.00 | 400.00 |
|            | SFC | Receipt of correspondence from the Trustee forwarding information received from M. French in connection with equipment on Debtor's premises (.1); Review of Court Docket for related case, Macon, Inc., and attention to downloading pertinent documents (.1); Receipt of Motion (226 CR 3341) to Lift Stay (Dkt.011), Notice of Hearing on Motion to Lift Stay (Dkt.012) and Declaration of Sarah LanCarte in Support of Motion to Lift Stay (Dkt.014) (.2); Attention to docketing scheduled hearing (.1). | 0.50 | 97.50 |
| 07/29/2022 | SFC | Receipt of correspondence from S. Reese forwarding UCC documents, and attention to reviewing each. | 0.20 | 39.00 |
| 08/01/2022 | SFC | Preparation of Application to Employ Singer & Levick as Counsel for the Trustee (.5); Preparation of Declaration of L. Levick (.2); Preparation of proposed Order Granting Application (.2); Preparation of correspondence to L. Levick forwarding same for review and approval (.1). | 1.00 | 195.00 |
|            | LAL | Continue review of documents related to equipment. | 1.00 | 400.00 |

Page: 2
Roddrick B. Newhouse, Chapter 7 Trustee                              February 05, 2026
                                                                    Client No:   348-10B
                                                                    Invoice No:   752182

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division


                                                                         Hours

08/04/2022 SFC  Receipt of Unopposed Response (Debtor) to Motion (2226 CR
                3341) to Lift Stay (Dkt.018).                              0.10      19.50

           LAL  Continue to review landlord and equipment documents.      0.80     320.00

08/05/2022 SFC  Correspondence to and from L. Levick regarding insert for
                Trustee Interim Report, and preparation of correspondence
                to the Trustee forwarding requested language.             0.20      39.00

           LAL  Call with Trustee regarding status.                       0.30     120.00

08/08/2022 LAL  Prepare for 341 meeting.                                  0.80     320.00

08/09/2022 LAL  Call with Newhouse regarding sale [.3]; Call with landlord
                regarding sale [.3].                                      0.60     240.00

           LAL  Attend 341 meeting [2.0]; Calls regarding with Trustee,
                landlord and auctioneer regarding strategy [.8].          2.80   1,120.00

08/10/2022 SFC  Preparation of correspondence to L. Levick inquiring if
                there are any corporate documents at location that need to
                be recovered.                                             0.10      19.50

           LAL  Work on sale issues [.5]; Work on lift stay order [.5];
                Email and calls with landlord regarding same [1.2].       2.20     880.00

08/11/2022 SFC  Review pending Motion to Lift Stay filed by the Landlord,
                and attention to responding to same (.1); Preparation of
                Response of Trustee to Landlord's Motion to Lift Stay (.2);
                Preparation of correspondence to L. Levick forwarding same
                for review, and receipt of correspondence from L. Levick
                requesting additional revision (.1); Attention to revising
                Response (.1); Preparation of correspondence to L. Levick
                forwarding same for review and approval for filing, and
                receipt of approval from L. Levick (.1); Attention to
                filing Response (Dkt.020) and serving same (.2).          0.80     156.00

           LAL  Work on sale issues with landlord, equipment parties,
                Trustee and auctioneer.                                   1.10     440.00

08/15/2022 LAL  Work on auction issues.                                   0.80     320.00

08/16/2022 SFC  Conference with L. Levick regarding needing to employ Rosen
                Systems, as well as needing a Motion to Sell (.1);
                Preparation of proposed Application to Employ Rosen
                Systems, Inc. as Auctioneer/Liquidator (.5); Preparation of
                proposed Declaration of Kyle Rosen (.2); Preparation of
                proposed Order (.3); Preparation of proposed Motion to Sell
                (1.0); Preparation of proposed Order (.4); Preparation of
                correspondence to the Court requesting special setting for
                Motion to Sell (.1); Preparation of correspondence to L.
                Levick forwarding Application to Employ and Motion to Sell

```
                                                                    Page: 3
Roddrick B. Newhouse, Chapter 7 Trustee              February 05, 2026
                                                     Client No:  348-10B
                                                     Invoice No:   752182

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division
```

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | Hours |          |
|------------|-----|--|-------|----------|
|            |     | for review and comments (.1).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | 2.70  | 526.50   |
|            | LAL | Continue to work on sale issues and negotiate with landlord and determine extent of property to sell.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 2.00  | 800.00   |
| 08/17/2022 | SFC | Attention to filing Application to Employ Singer & Levick as General Counsel for the Trustee (Dkt.023) and serving same (.2); Conference with L. Levick regarding revisions needed to Motion to Sell (.1); Attention to revising proposed Motion to Sell to include same (.2); Preparation of correspondence to L. Levick forwarding same for review and approval, and receipt of approval (.1); Conference with Court to set for hearing (.1); Preparation of correspondence to M. French, the Trustee and K. Rosen (on L. Levick's behalf) forwarding proposed Motion to Sell for review and comments (.1); Preparation of Notice of Hearing on Motion to Sell (.2); Preparation of correspondence to K. Rosen forwarding proposed Application to Employ Auctioneer, Exhibit, Declaration and proposed Order for review and approval, and receipt of signed Declaration from K. Rosen (.1); Preparation of correspondence to B. New and M. Atchley forwarding Motion to Sell and Property List (.1). | 1.20  | 234.00   |
|            | LAL | Revise Sale Motion and numerous calls and emails with landlord, Trustee, auctioneer and taxing authorities regarding same.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | 2.50  | 1,000.00 |
| 08/24/2022 | LAL | Work on auction issues.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 0.30  | 120.00   |
| 08/25/2022 | LAL | Deal with latest auction issues.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | 0.50  | 200.00   |
| 08/26/2022 | LAL | Review latest drafts of Order.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 0.30  | 120.00   |
| 08/30/2022 | SFC | Receipt of Agreed Order Terminating Stay (re 226 CR 3341, LLC) (Dkt.027) (.1); Conference with L. Levick regarding Claims which have been filed in matter (.1); Review of Court's Docket and attention to downloading updated Claims Register (.1); Preparation of correspondence to L. Levick forwarding Claims Register, as well as Claim filed by Wise County (.1); Receipt of Claim filed by 226 CR 3341, LLC (POC.005) (.1).                                                                                                                                                                                                                      | 0.50  | 97.50    |
|            | LAL | Work on sale issues including claims of landlord and taxing authorities.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 0.50  | 200.00   |
| 08/31/2022 | LAL | Prepare for hearing.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | 0.80  | 320.00   |
| 09/01/2022 | LAL | Call with Wells Fargo regarding possible lien on missing equipment [.4]; Review documents regarding same [.3].                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 0.70  | 280.00   |
|            | SFC | Receipt of correspondence from T. Hoodenpyle requesting an audio recording of 341 meeting (.1); Preparation of request form for the UST requesting same (.1); Preparation of                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |       |          |

Page: 4
Roddrick B. Newhouse, Chapter 7 Trustee                          February 05, 2026
                                                                 Client No:   348-10B
                                                                 Invoice No:   752182

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | correspondence to T. Hoodenpyle advising request has been sent (.1). | 0.30 | 58.50 |
| 09/02/2022 | LAL | Follow-up on documents needed from debtor. | 0.50 | 200.00 |
| 09/06/2022 | TH | Email JR Matthews regarding meeting and review file regarding potential claims. | 0.30 | 120.00 |
|  | LAL | Prepare for hearing. | 0.50 | 200.00 |
| 09/07/2022 | TH | Email Nick Inman and JR Matthews regarding meeting. | 0.20 | 80.00 |
|  | LAL | Follow-up on documents and Wells Fargo issues [.4]; Prepare for sale hearing [1.2]. | 1.60 | 640.00 |
| 09/08/2022 | TH | Email JR Matthews regarding meeting [.2]; Email Kyle Rosen regarding Title to vehicle [.1]. | 0.30 | 120.00 |
|  | LAL | Prepare for and attend hearing. | 1.50 | 600.00 |
|  | SFC | Review Court's Docket to ensure no Objections filed to the Application to Employ Singer & Levick, the Application to Employ Rosen Systems and the Motion to Sell (.1); Preparation of correspondence to L. Levick forwarding updated Docket Sheet in preparation for 9-8-22 hearing (.1); Preparation of Certificate of No Objection to Application to Employ S&L (.1); Preparation of Certificate of No Objection to Application to Employ Rosen Systems (.1); Preparation of correspondence to L. Levick advising of no Objections filed, and forwarding both Certificates of No Objection for review and approval for filing, and receipt of approval from L. Levick (.1); Attention to filing Certificate as to Application to Employ S&L (Dkt.028) and serving same (.2); Attention to filing Certificate as to Application to Employ Rosen Systems (Dkt.029) and serving same (.2). | 0.90 | 175.50 |
| 09/09/2022 | LAL | Review documents sent by Debtor. | 1.20 | 480.00 |
| 09/12/2022 | TH | Review email from JR Matthews. | 0.10 | 40.00 |
|  | SFC | Receipt of correspondence from L. Levick requesting preparation of Order Granting Motion to Sell and including information to state in proposed Order (.1); Preparation of revised Order incorporating requesting information (.4); Preparation of correspondence to L. Levick forwarding same for his review and comments (.1). | 0.60 | 117.00 |
| 09/13/2022 | TH | Review Debtor's documents forwarded by the Trustee. | 0.50 | 200.00 |
|  | LAL | Work on Sale Order [.8]; Communications with taxing authority regarding same [.3]. | 1.10 | 440.00 |

Page: 5

Roddrick B. Newhouse, Chapter 7 Trustee

February 05, 2026
Client No:    348-10B
Invoice No:    752182

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | SFC | Conference with L. Levick regarding revisions to proposed Agreed Order on Motion to Sell (.1); Preparation of revised Agreed Order to include same (.2); Preparation of correspondence to L. Levick forwarding revised Agreed Order for review and approval, and receipt of approval from L. Levick (.1); Preparation of correspondence to S. Knighton (on L. Levick's behalf) forwarding proposed Agreed Order for review and comments, or approval to submit to the Court (.1); Preparation of correspondence to M. French (on L. Levick's behalf) forwarding proposed Agreed Order for review and comments, or approval to submit to the Court (.1); Receipt of approval from M. French with authority to submit with his electronic signature (.1); Receipt of correspondence from L. Levick confirming agreement with S. Knighton, and approving submission to the Court (.1); Attention to submitting proposed Agreed Order to the Court (Order ID: 533726) (.1); Preparation of correspondence to the Court advising of the submission of the proposed Order, and receipt of acknowledgement from the Court (.1). | 1.00 | 195.00 |
| 09/14/2022 | LAL | Follow-up on auction issues. | 0.50 | 200.00 |
|  | SFC | Receipt of Agreed Order Approving Motion to Sell (Dkt.031), and attention to forwarding same to L. Levick. | 0.10 | 19.50 |
| 09/16/2022 | SFC | Attention to re-submitting proposed Order Granting Application to Employ Singer & Levick (Order ID: 534082) and proposed Order Granting Application to Employ Rosen Systems (Order ID: 534083). | 0.10 | 19.50 |
| 09/21/2022 | LAL | Follow-up on information needed from debtor. | 0.50 | 200.00 |
|  | SFC | Receipt of Order Granting Application to Employ Singer & Levick PC as General Counsel (Dkt.032) and Order Granting Application to Employ Rosen Systems as Auctioneer (Dkt.033). | 0.10 | 19.50 |
| 09/22/2022 | TH | Email N. Inman regarding request for documents. | 0.10 | 40.00 |
| 09/27/2022 | LAL | Attention to status of obtaining documents. | 0.20 | 80.00 |
| 10/01/2022 | TH | Prepare Motion for Turnover of Debtor's documents and 2004 Exam and Order. | 1.50 | 600.00 |
| 10/03/2022 | TH | Review 341 transcript in preparation of Motion for Turnover of Debtor's documents (.8); revise Motion for Turnover of Debtor's documents and order (.6). | 1.40 | 560.00 |
|  | LAL | Follow-up on documents. | 0.50 | 200.00 |
|  | SFC | Receipt of correspondence from the UST forwarding audio transcript of 341 meeting, and attention to acknowledging receipt of same (.1); Preparation of correspondence to T. |  |  |

Roddrick B. Newhouse, Chapter 7 Trustee                       February 05, 2026
Client No:   348-10B
Invoice No:   752182

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division


| | | | Hours | |
|---|---|---|---|---|
| | | Hoodenpyle and L. Levick advising transcript has been received (.1). | 0.20 | 39.00 |
| 10/04/2022 | TH | Email communication with JR Matthews regarding document production. | 0.10 | 40.00 |
| | LAL | Review Motion to Compel. | 0.20 | 80.00 |
| 10/05/2022 | LAL | Attention to secured creditors issues. | 0.20 | 80.00 |
| 10/06/2022 | LAL | Call with Sebasta regarding related bankruptcy [.4]; Review email regarding same [.2]. | 0.60 | 240.00 |
| 10/07/2022 | TH | Review email from Michael Sebasta, Lease Agreement and list of equipment, and consider same (.3); Email Kyle Rosen regarding same (.3); Email JR Matthews regarding document production (.1). | 0.70 | 280.00 |
| | LAL | Follow-up on document request. | 0.30 | 120.00 |
| 10/11/2022 | LAL | Continue to pursue documents. | 0.50 | 200.00 |
| 10/12/2022 | TH | Email communication with Nick Inman and JR Matthews regarding production of documents and agreed order on 2004 Exam (.2); Prepare Agreed Order (.5). | 0.70 | 280.00 |
| | LAL | Follow-up on document issues and claim issues. | 0.50 | 200.00 |
| 10/17/2022 | LAL | Continue to investigate claims against third parties. | 0.50 | 200.00 |
| | SFC | Conference with L. Levick regarding whether a truck that was listed as a lien for a "New Combilift Lift Truck S/N" that was listed in the Wells Fargo Proof of Claim was part of the auction (.1); Preparation of correspondence to K. Rosen requesting information on same, and receipt of correspondence from K. Rosen advising it was not part of the auction (.1). | 0.20 | 39.00 |
| 10/18/2022 | LAL | Attention to latest status regarding documents. | 0.40 | 160.00 |
| 10/20/2022 | TH | Email communication with JR Matthews and Nick Inman regarding document production and lift trucks. | 0.20 | 80.00 |
| | LAL | Follow-up on information requested from Debtor. | 0.20 | 80.00 |
| 10/21/2022 | LAL | Emails regarding documents. | 0.30 | 120.00 |
| 10/24/2022 | TH | Review latest documents received from Debtor [1.0]; Email Nick Inman regarding 2004 Exam [.1]. | 1.10 | 440.00 |
| 10/26/2022 | TH | Email Nick Inman regarding 2004 Exam and revise Agreed Order for 2004 Exam. | 0.50 | 200.00 |

Roddrick B. Newhouse, Chapter 7 Trustee

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | SFC | Receipt of Clerk's Notice to Trustee of Deficient TSR and requesting a withdrawal of TSR submitted 10-25-22 and resubmission of corrected TSR (Dkt.038). | 0.10 | 19.50 |
| 10/27/2022 | LAL | Review status of Motion to Compel. | 0.20 | 80.00 |
|  | SFC | Receipt of Agreed Order Granting Trustee's Motion to Compel Turnover of Documents and 2004 Exam (Dkt.039). | 0.10 | 19.50 |
| 11/04/2022 | TH | Review documents produced by Debtor and consider A/R issues. | 3.00 | 1,200.00 |
|  | SFC | Receipt of Proof of Claim filed by Behrooz Vida, Ch.7 Trustee for Estate of Macon, Inc. (POC.008-1), and attention to forwarding same to L. Levick. | 0.10 | 19.50 |
| 11/07/2022 | TH | Email Nick Inman regarding Debtor's document production. | 0.10 | 40.00 |
|  | LAL | Review latest issues surrounding request for documents and possible third party claim. | 0.30 | 120.00 |
| 11/09/2022 | TH | Consider issues in preparation of 2004 Exam. | 0.30 | 120.00 |
|  | LAL | Attention to gathering documents. | 0.50 | 200.00 |
| 11/11/2022 | TH | Continue to prepare for 2004 Exam and review Debtor's documents. | 3.20 | 1,280.00 |
| 11/15/2022 | TH | Continue to prepare for 2004 Exam [3.0]; Review emails from Nick Inman and subcontracts [1.0]. | 4.00 | 1,600.00 |
|  | LAL | Assist in preparation of 2004. | 0.80 | 320.00 |
| 11/16/2022 | TH | Prepare for 2004 Exam of JR Matthews [1.5]; Email JR Matthews regarding rescheduling 2004 Exam [.2]; Email Nick Inman regarding same [.2]; Telephone call with Nick Inman regarding same [.1]. | 2.00 | 800.00 |
| 11/22/2022 | LAL | Call with creditor [.3]; Communicate with landlord regarding payment issues [.3]. | 0.60 | 240.00 |
|  | SFC | Receipt of correspondence from M. Sanchez inquiring about filing of the Report of Sale and Fee Application for Rosen Systems (.1); Conference with L. Levick regarding same, and requesting that the documents be redone (.1); Attention to notifying M. Sanchez of same (.1); Preparation of Report of Sale (.4); Attention to marking exhibit for Report of Sale (.1); Preparation of correspondence to L. Levick forwarding proposed Report of Sale for review and approval for filing (.1); Preparation of Fee Application (Rosen Systems) (.4); Preparation of proposed Order Approving Fee Application (.2); Preparation of Notice of Filing of Fee Application (.2); Attention to marking exhibit for Fee Application |  |  |

Page: 8
Roddrick B. Newhouse, Chapter 7 Trustee                           February 05, 2026
                                                                  Client No:   348-10B
                                                                  Invoice No:   752182

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division


| | | | Hours | |
|---|---|---|---|---|
| | | (.1); Preparation of correspondence to L. Levick forwarding proposed Fee Application for review and approval for filing (.1). | 1.90 | 370.50 |
| 11/23/2022 | LAL | Work on report of sale. | 0.60 | 240.00 |
| | SFC | Receipt of correspondence from L. Levick approving both the Report of Sale and the Fee Application (Rosen Systems) for filing (.1); Attention to filing the Report of Sale (Dkt.042), Application for Allowance of Compensation of Auctioneer and Reimbursement of Expenses (Dkt.043) and Notice of Filing of Application for Allowance of Compensation of Auctioneer and Reimbursement of Expenses (Dkt.044), and attention to serving same (.4). | 0.50 | 97.50 |
| 11/28/2022 | LAL | Email with Wells Fargo regarding missing equipment. | 0.20 | 80.00 |
| 12/02/2022 | LAL | Follow-up on documents. | 0.20 | 99.00 |
| 12/09/2022 | LAL | Follow-up on claim issues. | 0.30 | 148.50 |
| 12/16/2022 | LAL | Follow-up on landlord issues. | 0.30 | 148.50 |
| 12/17/2022 | SFC | Preparation of correspondence to L. Levick regarding money to be sent to Landlord by the Trustee. | 0.10 | 21.50 |
| 12/20/2022 | SFC | Preparation of correspondence to M. French requesting payee information in connection with the $12,920.00 agreed amount for outstanding rent (.1); Receipt of correspondence from M. French forwarding requested information (.1). | 0.20 | 43.00 |
| 12/21/2022 | SFC | Preparation of correspondence to the Trustee forwarding information on payee and where to send check to the Landlord in accordance with the Agreed Order Approving Motion to Sell (.1); Receipt of correspondence from the Trustee forwarding copy of check payable to the Landlord, and attention to acknowledging receipt of same (.1); Preparation of correspondence to M. French forwarding copy of check for his records (.1). | 0.30 | 64.50 |
| 01/02/2023 | SFC | Preparation of Certificate of No Objection in connection with Fee Application of Auctioneer (.1); Review Court's Docket to confirm no Objection has been filed to Fee Application (.1); Preparation of correspondence to L. Levick forwarding same for review and approval for filing (.1). | 0.30 | 72.00 |
| 01/03/2023 | SFC | Preparation of correspondence to L. Levick resending Certificate of No Objection and proposed Order for approval for filing, and receipt of approval from L. Levick (.1); Attention to filing Certificate of No Objection regarding Fee Application of Auctioneer (Dkt.046) (.1); Attention to submitting proposed Order to the Court for entry (Order ID: | | |

```
                                                                    Page: 9
Roddrick B. Newhouse, Chapter 7 Trustee              February 05, 2026
                                                     Client No:   348-10B
                                                     Invoice No:   752182

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division
```

|            |     |                                                                                                                          | Hours |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |     | 542487) (.1).                                                                                                             | 0.30 | 72.00    |
| 01/04/2023 | SFC | Receipt of Order Approving Fee Application of Auctioneer (Dkt.047), and attention to forwarding same to Rosen Systems for their files. | 0.10 | 24.00    |
| 01/06/2023 | TH  | Prepare for call with Nick Inman [.3]; Telephone call with Nick Inman regarding documents from Debtor and 2004 exam [.4]; Email Nick Inman regarding same [.1]. | 0.80 | 396.00   |
|            | LAL | Prepare for and attend conference call wtih Debtor's representative.                                                       | 0.80 | 396.00   |
| 01/13/2023 | TH  | Email Nick Inman regarding 2004 Exams.                                                                                    | 0.10 | 49.50    |
|            | LAL | Attention to 2004 issues.                                                                                                 | 0.30 | 148.50   |
| 01/18/2023 | LAL | Review latest emails.                                                                                                     | 0.20 | 99.00    |
| 01/20/2023 | TH  | Email Nick Inman regarding 2004 Exam.                                                                                     | 0.10 | 49.50    |
| 01/26/2023 | TH  | Email Nick Inman regarding Matthews 2004 Exam.                                                                            | 0.10 | 49.50    |
|            | LAL | Review latest issues on 2004 documents.                                                                                   | 0.20 | 99.00    |
| 01/27/2023 | SFC | Receipt of Notice Designating New Lead Counsel (for Debtor) (Dkt.048).                                                    | 0.10 | 24.00    |
| 01/31/2023 | LAL | Call with Trustee regarding status.                                                                                       | 0.30 | 148.50   |
| 02/07/2023 | LAL | Follow-up on documents and auction results.                                                                               | 0.30 | 148.50   |
| 02/16/2023 | LAL | Review emails.                                                                                                            | 0.10 | 49.50    |
| 02/27/2023 | LAL | Review email regarding deposition.                                                                                        | 0.10 | 49.50    |
| 03/07/2023 | TH  | Prepare for and take the 2004 Examination of James Matthews.                                                              | 6.00 | 2,970.00 |
| 03/20/2023 | TH  | Prepare letter to The Ridgemont Company; Prepare letter to Charter Builders, Inc.; Prepare letter to VCC; Prepare letter to FCL. | 1.00 | 495.00   |
| 03/23/2023 | TH  | Telephone conference with Jaime Vogue regarding judgment demand (.2); Email communication with Nick Inman regarding JR Matthews' payment of court reporter invoice (.1). | 0.30 | 148.50   |
| 03/29/2023 | TH  | Telephone conference with David Gershman with VCC regarding demand letter.                                                | 0.10 | 49.50    |
| 04/07/2023 | LAL | Prepare status.                                                                                                           | 0.20 | 99.00    |
| 04/09/2023 | SFC | Receipt of Trustee's Interim Report (Dkt.049).                                                                            | 0.10 | 24.00    |

Roddrick B. Newhouse, Chapter 7 Trustee                    February 05, 2026

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division


|  |  |  | Hours |  |
|---|---|---|---|---|
| 04/10/2023 | LAL | Attention to claims against Ridgeview. | 0.50 | 247.50 |
| 05/01/2023 | TH | Email Neal Gutkin regarding inspection of DX225 (.3); Telephone conference with Neal Gutkin regarding same (.1); Email communication with Ernest Fielder regarding inspection of DX225 (.1); Telephone conference with Ernest Fielder regarding same (.1); Email communication with Baron Ablon regarding same (.1). | 0.20 | 99.00 |
| 05/03/2023 | LAL | Investigate Ridgeview judgement and claims thereto. | 0.50 | 247.50 |
| 05/05/2023 | LAL | Numerous calls regarding Ridgeview claims. | 0.40 | 198.00 |
| 05/08/2023 | LAL | Continue Ridgeview investigation. | 0.30 | 148.50 |
| 05/25/2023 | LAL | Call with attorney regarding claims of related company involving debtor. | 0.50 | 247.50 |
| 05/28/2023 | SFC | Receipt of correspondence from the Trustee forwarding copy of check received from Wells Fargo Equipment Finance (.1); Preparation of correspondence to L. Levick regarding same (.1). | 0.20 | 48.00 |
| 05/30/2023 | LAL | Calls with attorney for sister estate regarding issues. | 0.30 | 148.50 |
| 05/31/2023 | LAL | Prepare report. | 0.20 | 99.00 |
|  | SFC | Preparation of correspondence to the Trustee (on L. Levick's behalf) forwarding status of matter. | 0.10 | 24.00 |
| 06/07/2023 | TH | Review letter from John Pirra with FCL and attached documents (.6); Telephone conference with John Pirra regarding FCL account (.2); Email John Pirra regarding requested information (.2). | 1.00 | 495.00 |
| 06/08/2023 | TH | Prepare Motion to Compel Payment from JR Matthews. | 0.50 | 247.50 |
|  | TH | Review email from Jamey Voge and documents related to projects and amounts to complete and consider issues regarding same (3.0); Telephone conference with David Gershner regarding VCC claim (.1). | 3.10 | 1,534.50 |
|  | LAL | Prepare for Ridgemont meeting. | 0.80 | 396.00 |
| 06/12/2023 | TH | Conference with Jamey Voge regarding Ridgemont issues and consider same. | 0.80 | 396.00 |
|  | TH | Conference with Larry Levick and Jamey Voge regarding Ridgemont claim. | 0.50 | 247.50 |
|  | LAL | Prepare for and attend meeting with Ridgemont [1.0]; Attention to offset issue with Texas Workforce Commission |  |  |

Roddrick B. Newhouse, Chapter 7 Trustee

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division


|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | [.3]. | 1.30 | 643.50 |
| 06/13/2023 | LAL | Call with Newhouse regarding claims [.3]; Investiage Ridgeview claims [.3]. | 0.60 | 297.00 |
| 06/14/2023 | TH | Review documents provided by VCC regarding claim and amount owed. | 1.70 | 841.50 |
| 06/15/2023 | TH | Review email and information from David Gershner regarding VCC account. | 2.00 | 990.00 |
|  | LAL | Follow-up on receivable. | 0.30 | 148.50 |
| 06/16/2023 | TH | Email communication with David Gershner regarding settlement with VCC. | 0.30 | 148.50 |
|  | LAL | Emails regarding agreement with opposing counsel. | 0.20 | 99.00 |
|  | SFC | Receipt of correspondence from T. Hoodenpyle advising of settlement reached with VCC, and requesting preparation of Settlement Agreement, Motion to Compromise and proposed Order, and attention to acknowledging same. | 0.10 | 24.00 |
| 06/20/2023 | SFC | Preparation of proposed Settlement Agreement (.7); Preparation of proposed Motion to Compromise (.6); Preparation of proposed Order Granting Motion to Compromise (.3); Preparation of correspondence to T. Hoodenpyle and L. Levick forwarding same for review and approval (.1). | 1.70 | 408.00 |
| 06/21/2023 | TH | Review and revise Settlement Agreement, Motion to Compromise and Order. | 1.00 | 495.00 |
|  | SFC | Receipt of correspondence from T. Hoodenpyle forwarding revised Settlement Agreement and Motion to Compromise, and approving proposed Order, and review of revisions made (.1); Attention to revising both the Settlement Agreement and Motion to Compromise with additional revisions (.1). | 0.20 | 48.00 |
| 06/22/2023 | LAL | Follow-up on settlement. | 0.30 | 148.50 |
|  | SFC | Preparation of correspondence to D. Gershner forwarding proposed Settlement Agreement, Motion to Compromise and proposed Order for review and comments, as well as execution of Settlement Agreement (.1); Receipt of correspondence from D. Gershner approving Motion and proposed Order, but requesting some revisions to Settlement Agreement (.1); Receipt of correspondence from T. Hoodenpyle to D. Gershner requesting he make requested revisions and send a redline of same, and attention to forwarding proposed Settlement Agreement in Word format to D. Gershner (.1). | 0.30 | 72.00 |
| 06/27/2023 | LAL | Review latest settlement documents. | 0.20 | 99.00 |

Roddrick B. Newhouse, Chapter 7 Trustee

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division


| | | | Hours | |
|---|---|---|---|---|
| | SFC | Receipt of correspondence from D. Gershner forwarding revised Settlement Agreement, and review of revisions made (.1); Attention to revising proposed Settlement Agreement with additional revisions (.1); Preparation of correspondence to T. Hoodenpyle and L. Levick forwarding revisions for review and approval (.1). | 0.30 | 72.00 |
| 06/29/2023 | LAL | Review latest email regarding settlement. | 0.10 | 49.50 |
| | SFC | Preparation of correspondence to L. Levick and T. Hoodenpyle requesting status of approval of revisions made to Settlement Agreement. | 0.10 | 24.00 |
| 06/30/2023 | LAL | Review latest revisions to agreement. | 0.20 | 99.00 |
| | SFC | Receipt of correspondence from T. Hoodenpyle with additional revision requested to Settlement Agreement (.1); Attention to revising Settlement Agreement to include requested revision (.1); Preparation of correspondence to T. Hoodenpyle forwarding revised Settlement Agreement (v6) for review and approval, and receipt of correspondence from T. Hoodenpyle approving same (.1); Preparation of correspondence to D. Gershner forwarding revised Settlement Agreement for review, approval and execution (.1); Preparation of correspondence to L. Levick regarding contacting S. Simpson to discuss status on matter (.1). | 0.50 | 120.00 |
| 07/06/2023 | TH | Email communication with David Gershner regarding settlement. | 0.10 | 49.50 |
| | LAL | Review latest emails regarding settlement agreement. | 0.20 | 99.00 |
| 07/07/2023 | TH | Email communication with David Gershner regarding settlement with VCC. | 0.10 | 49.50 |
| | LAL | Review latest settlement emails. | 0.20 | 99.00 |
| | SFC | Receipt of correspondence from D. Gershner advising of new information regarding settlement and changing settlement amount, and receipt of correspondence from T. Hoodenpyle approving same and requesting Settlement Agreement be revised with new settlement amount (.1); Attention to revising Settlement Agreement to change settlement amount (.1); Preparation of correspondence to D. Gershner forwarding revised Settlement Agreement, along with redline to show changes made, for review, approval and execution (.1). | 0.30 | 72.00 |
| 07/12/2023 | TH | Review Settlement Agreement signed by VCC. | 0.10 | 49.50 |
| | SFC | Receipt of correspondence from T. Hoodenpyle forwarding Settlement Agreement which has been executed by VCC (.1); | | |

```
                                                                  Page: 13
Roddrick B. Newhouse, Chapter 7 Trustee                  February 05, 2026
                                                      Client No:   348-10B
                                                      Invoice No:   752182

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division
```

|            |     |                                                                                                                                                                                                                                                                                                                                                                                    | Hours |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | Preparation of correspondence to the Trustee forwarding same and requesting execution and return (.1). | 0.20 | 48.00 |
| 07/13/2023 | SFC | Receipt of executed Settlement Agreement from the Trustee. | 0.10 | 24.00 |
| 07/20/2023 | SFC | Attention to finalizing Motion to Compromise and marking fully executed Settlement Agreement as an Exhibit (.2); Attention to filing Motion to Compromise (Dkt.050) and serving same (.2). | 0.40 | 96.00 |
| 07/31/2023 | SFC | Receipt of Interim Report of Trustee (Dkt.051). | 0.10 | 24.00 |
| 08/02/2023 | TH  | Email conference with Ben Bredow regarding Charter documents. | 0.10 | 49.50 |
| 08/04/2023 | TH  | Review email from Ben Bredow and documents attached showing payment history. | 0.50 | 247.50 |
| 08/08/2023 | TH  | Review Standard Subcontract Agreement with Charter and payments to Debtor (.5); Email Ben Bredow regarding same (.3). | 0.80 | 396.00 |
|            | LAL | Review numerous emails regarding settlement agreement. | 0.40 | 198.00 |
| 08/09/2023 | LAL | Review emails regarding receivables. | 0.30 | 148.50 |
| 08/10/2023 | TH  | Email communication with Ben Bredow regarding demand for funds from Charter. | 0.20 | 99.00 |
|            | LAL | Review numerous emails regarding demand and attachments. | 0.40 | 198.00 |
| 08/17/2023 | SFC | Receipt of correspondence from T. Hoodenpyle regarding status of obtaining Order on settlement, and attention to responding to same. | 0.10 | 24.00 |
| 08/18/2023 | TH  | Conference with Larry Levick regarding claims. | 0.30 | 148.50 |
|            | LAL | Attention to A/R issues. | 0.30 | 148.50 |
|            | SFC | Review Court's Docket to ensure no Objection filed in connection with Motion to Compromise Controversy With VCC, LLC (.1); Preparation of Certificate of No Objection (.1); Attention to filing Certificate of No Objection (Dkt.052) and serving same (.1); Attention to uploading proposed Order (Order ID: 562653) (.1); Preparation of correspondence to D. Gershner forwarding file-stamped copy of the Certificate of No Objection for his records (.1). | 0.50 | 120.00 |
| 08/22/2023 | SFC | Receipt of Order Granting Motion to Compromise With VCC, LLC (Dkt.053). | 0.10 | 24.00 |
| 08/23/2023 | TH  | Review order approving compromise with VCC. | 0.10 | 49.50 |

Page: 14
Roddrick B. Newhouse, Chapter 7 Trustee                    February 05, 2026
                                                           Client No:   348-10B
                                                           Invoice No:   752182

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division


                                                           Hours

        SFC   Preparation of correspondence to D. Gershner forwarding
              file-stamped copy of Order Granting Motion to Compromise
              with VCC.                                      0.10      24.00

08/25/2023 LAL   Follow-up on A/R issues.                    0.20      99.00

        SFC   Receipt of correspondence from D. Gershner forwarding FedEx
              confirmation of settlement check for VCC, and attention to
              acknowledging receipt of same.                0.10      24.00

08/28/2023 LAL   Review creditor's claim.                   0.30     148.50

        SFC   Receipt of settlement check from D. Gershner, and attention
              to notifying Trustee of receipt, as well as attention to
              notifying D. Gershner of receipt (.1); Receipt of
              correspondence from the Trustee forwarding Notice from the
              TX Workforce Commission advising of credit balance (.1).   0.20      48.00

09/04/2023 SFC   Receipt of correspondence from the Trustee re-sending
              Notice from the TX Workforce Commission advising of credit
              balance.                                       0.10      24.00

10/25/2023 LAL   Conference with Trustee regarding funds and claims.   0.30     148.50

11/06/2023 SFC   Receipt of Proof of Claim filed by Wise County (POC.009-1).   0.10      24.00

11/14/2023 LAL   Prepare status.                            0.20      99.00

03/04/2024 LAL   Call with creditor regarding possible claims.   0.80     396.00

07/31/2024 LAL   Review withdrawal of claims.               0.10      49.50

        SFC   Receipt of Amended Proof of Claim filed by Wise County
              (POC.002-2) and Withdrawal of Claim [POC.009] Claim of Wise
              County (Dkt.058).                             0.10      24.00

08/01/2024 SFC   Conference with L. Levick regarding status of matter.   0.10      24.00

08/06/2024 SFC   Receipt of correspondence from the Trustee requesting Fee
              Application be prepared.                       0.10      24.00

08/20/2024 SFC   Receipt of correspondence from the Trustee requesting
              status of Fee App.                            0.10      24.00

08/21/2024 LAL   Final review of claims.                    1.40     693.00

08/22/2024 SFC   Receipt of correspondence from the Trustee forwarding Form
              2 for Estate, and review of same.             0.10      24.00

08/28/2025 LAL   Final review of claims.                    0.50     267.50

        SFC   Receipt of correspondence from J. Oden with LainFaulkner
              advising tax return will be needed, and correspondence from

```
                                                              Page: 15
Roddrick B. Newhouse, Chapter 7 Trustee              February 05, 2026
                                                     Client No:   348-10B
                                                     Invoice No:   752182

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division
```

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | L. Levick confirming same (.1); Preparation of Application to Retain Accountant (LainFaulkner) for the Estate (.5); Preparation of Declaration of Dean Bielitz (.2); Preparation of proposed Order Granting Application (.2); Preparation of correspondence to J. Oden forwarding proposed Declaration for review, approval and execution (.1). |  | 1.10 | 324.50 |
| 09/02/2025 | LAL | Review and revise pleadings. | 0.20 | 107.00 |
|  | SFC | Preparation of correspondence to J. Oden requesting status of executed Declaration for Application to Employ Accountant, and receipt of executed Declaration from P. Ladd. | 0.10 | 29.50 |
| 11/02/2025 | SFC | Preparation of correspondence to J. Oden requesting new Declaration for Application to Employ Accountant. | 0.10 | 29.50 |
| 11/03/2025 | SFC | Receipt of correspondence from J. Oden forwarding new Declaration of Dean Bielitz for pending Application to Employ Accountant (LF). | 0.10 | 29.50 |
| 11/15/2025 | LAL | Prepare Fee Application. | 1.50 | 802.50 |
| 12/02/2025 | SFC | Attention to finalizing Application to Employ LainFaulkner for filing (.1); Attention to marking Declaration as an Exhibit (.1); Attention to filing Application to Employ Lain Faulkner (Dkt.061) and serving same. | 0.40 | 118.00 |
|  |  | For Current Services Rendered | 118.40 | 46,793.00 |

### Attorney Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Levick, L. | 35.00 | $400.00 | $14,000.00 |
| Levick, L. | 15.10 | 495.00 | 7,474.50 |
| Levick, L. | 2.20 | 535.00 | 1,177.00 |
| Hoodenpyle, T. | 20.30 | 400.00 | 8,120.00 |
| Hoodenpyle, T. | 21.90 | 495.00 | 10,840.50 |
| Cotton, S. | 14.20 | 195.00 | 2,769.00 |
| Cotton, S. | 0.60 | 215.00 | 129.00 |
| Cotton, S. | 7.30 | 240.00 | 1,752.00 |
| Cotton, S. | 1.80 | 295.00 | 531.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 08/17/2022 | Filing Fee U.S. Bankruptcy Court Northern District of Texas - file Motion to Sell. | 188.00 |
| 09/05/2022 | Copy Service Odyssey Document Services, Inc. Invoice #21048. | 903.84 |
| 09/30/2022 | Documents obtained from various courts. | 36.80 |
| 10/06/2022 | Copy Service Elite Discovery, Inc. Invoice #75417. | 112.37 |
| 10/11/2022 | Copy Service Elite Discovery, Inc. Invoice #75449. | 92.50 |
| 11/18/2022 | Deposition Transcripts Elite Deposition Technologies Invoice |  |

                                                                    Page: 16
Roddrick B. Newhouse, Chapter 7 Trustee                    February 05, 2026
                                                              Client No.   348-10B
                                                              Invoice No.   752182

Matthews Steel, LLC
Case No. 22-41537-elm-7; In re: Matthews Steel, LLC
US Bankruptyc Court, Northern District of Texas, Fort Worth Division

|            |                                                                 |          |
|------------|-----------------------------------------------------------------|----------|
|            | #527847 - Late Cancellation Fee for James Matthews.             | 425.00   |
| 11/30/2022 | Copy Service Elite Discovery, Inc. Invoice #75814.              | 95.22    |
| 12/31/2022 | Documents obtained from various courts.                         | 1.30     |
| 03/07/2023 | Deposition Transcripts Elite Deposition Technologies Invoice #528173 - Deposition of James Robert Matthews. | 937.77 |
| 03/07/2023 | Deposition Transcripts Elite Deposition Technologies Invoice #528198 - copy of deposition of James Robert Matthews. | 40.00 |
| 03/21/2023 | Postage for the month.                                          | 36.00    |
| 03/31/2023 | 8 copies @ $0.20 each for the month.                           | 1.60     |
| 03/31/2023 | Documents obtained from various courts.                         | 0.50     |
| 04/30/2023 | Online Search for the month.                                    | 520.14   |
| 06/09/2023 | Postage                                                         | 9.00     |
| 06/30/2023 | Documents obtained from various courts.                         | 0.30     |
| 07/25/2023 | Copy Service Elite Discovery, Inc. Invoice #77501.             | 151.15   |
| 09/30/2023 | Documents obtained from various courts.                         | 0.40     |
| 03/31/2024 | Documents obtained from various courts.                         | 1.50     |
| 09/30/2024 | Documents obtained from various courts.                         | 0.90     |
| 02/05/2026 | Copy Service                                                    | 150.00   |
|            | Total Expenses                                                  | 3,704.29 |
|            | Total Current Work                                              | 50,497.29 |
|            | Balance Due                                                     | $50,497.29 |

## Client Funds

|            |                                                                 |          |
|------------|-----------------------------------------------------------------|----------|
|            | Beginning Client Funds Balance                                  | $0.00    |
| 06/09/2023 | Payment from James R. Matthews for cancelled deposition.  Wire in. | 425.00 |
|            | Ending Client Funds Balance                                     | $425.00  |

*Payments received after 02/05/2026*
*are **not** included on this invoice. If Previous Balance Due*
*has been paid, please disregard.*