Larry A. Levick
State Bar No. 12252600
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, Texas  75001
Phone:  972.380.5533
Fax:  972.380.5748
Email: levick@singerlevick.com

**GENERAL COUNSEL FOR RODDRICK B. NEWHOUSE, TRUSTEE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-41537 (ELM) |
| MATTHEWS STEEL LLC, | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**NOTICE OF FILING OF FIRST AND FINAL APPLICATION OF
SINGER & LEVICK, P.C., COUNSEL FOR THE CHAPTER 7 TRUSTEE,
FOR ALLOWANCE OF COMPENSATION OF FEES AND
REIMBURSEMENT OF EXPENSES**

> NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT LOCATED AT THE ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., ROOM 147, FORT WORTH, TX 76102-3643 BEFORE THE CLOSE OF BUSINESS ON FEBRUARY 26, 2026, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.
>
> ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY, PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.
>
> IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.
>
> IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

  **COMES NOW** Singer & Levick, P.C. ("**Applicant**"), counsel for Roddrick B. Newhouse, Chapter 7 Trustee for the Estate of Matthews Steel LLC, and gives **Notice** of the filing of its *First and Final Application of Singer & Levick, P.C., Counsel for the Chapter 7 Trustee, for Allowance of Compensation of Fees and Reimbursement of Expenses* ("**Application**") (**Dkt.066**) filed in the above entitled and numbered matter for the period covering July 25, 2022 through the present date ("**Application Period**").

  **PLEASE TAKE NOTICE** that the Application seeks Court approval for Applicant's professional fees in the amount of **$46,793.00** and expenses in the amount of **$3,704.29** for a total amount of fees and expenses of **$50,497.29**. However, Applicant has **voluntarily reduced** and requested approval and award of its fees and expenses in the total amount of **$49,497.29** for the Application Period.

  **PLEASE TAKE FURTHER NOTICE** that if any party wishes to view the Application, it is on file with the Clerk of the United States Bankruptcy Court, Northern District of Texas, Fort Worth Division, located at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 147, Fort Worth, Texas 76102-3643, and may be viewed between the office hours of 9:00 AM to 4:00 PM Monday through Friday, or, upon written request, any party may request a copy from the undersigned.

**DATED: February 5, 2026**

Respectfully submitted,

**SINGER & LEVICK, P.C.**

By: /s/ *Larry A. Levick*
     Larry A. Levick
     State Bar No. 12252600

16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: levick@singerlevick.com

**GENERAL COUNSEL FOR
RODDRICK B. NEWHOUSE,
CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below, and to the parties on the attached Service List via first class mail, postage prepaid, on this 5th day of February, 2026.

| | |
|---|---|
| **DEBTOR:**<br>Matthews Steel LLC<br>310 S. Oak Street, Suite 216<br>Roanoke, TX 76262**VIA ECF Noticing through its attorney** | **ATTORNEY FOR DEBTOR:**<br>Nicholas C. Inman<br>Allmand Law Firm, PLLC<br>860 Airport Freeway, Suite 401<br>Hurst, TX 76054<br>**VIA ECF Noticing** |
| **TRUSTEE:**<br>Roddrick B. Newhouse<br>401 Century Parkway, Suite 715<br>Allen, TX 75013<br>**VIA ECF Noticing** | **US TRUSTEE:**<br>Office of the US Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>**VIA ECF Noticing** |

                                                                       /s/ *Larry A. Levick*
                                                                       Larry A. Levick