```
Label Matrix for local noticing        Matthews Steel LLC                      Red Steel Company
0539-4                                  310 S. Oak Street Ste 216               c/o Hoge & Gameros, LLP
Case 22-41537-elm7                      Roanoke, TX 76262-6333                  Charles W. Gameros, Jr., P.C.
Northern District of Texas                                                      6116 N Central Expressway
Ft. Worth                                                                       Suite 1400
Thu Feb  5 13:32:06 CST 2026                                                    Dallas, TX 75206-5102

Reliable Paving, Inc.                   Rosen Systems, Inc.                     Wise County
c/o William D. Dunn                     2323 Langford St.                       Linebarger Goggan Blair & Sampson, LLP
Dunn Sheehan LLP                        Dallas, TX 75208-2122                   c/o Sherrel K. Knighton
Suite 1310                                                                      2777 N. Stemmons Fwy
Dallas                                                                          Suite 1000
Dallas, TX 75206                                                                Dallas, TX 75207-2328

501 W. Tenth Street                     2226 CR 3341, LLC                       226 CR 3341, LLC
Fort Worth, TX 76102-3637               Attn Lori Loftis                        2627 Tillar Street, Suite 121
                                        2900 Wingate Street Suite 100           Fort Worth, Texas 76107-1316
                                        Fort Worth, TX 76107-1921

Airco Gases Southwest, LLC              Airgas USA LLC                          Allied Welding Supply Inc.
811 Shady Oaks Dr                       PO Box 734671                           PO Box 50031
Denton, TX 76205                        Dallas, TX 75373-4671                   Denton, TX 76206-0031

Allmand Law Firm, PLLC                  America  Net LLC                        Archive Supplies
Allmand Law Firm, PLLC                  PO Box 554888                           ATTN: Accounts Receivable
860 Airport Freeway Suite 401           Detroit, MI 48255-4888                  8925 Sterling St Suite 150
Hurst, TX 76054-3264                                                            Irving, TX 75063-2564

Arrow Plating CO                        Arrowsmith Concepts Inc                 Assign Property Management LLC
PO Box 11451                            2001 N Lamar St Suite 260               311 S. Oak Street Suite 250
Fort Worth, TX 76110-0451               Dallas, TX 75202-1758                   Roanoke, TX 76262-6719

Azle Fire Safety                        Behrooz Vida                            Behrooz Vida, Chapter 7 Trustee for
132 E Yucca View St                     3000 Central Drive                      Macon, Inc., Bankr. Case No. 21-42178
Weatherford, TX 76085-6901              Bedford, TX 76021-3671                  c/o Michael Sebesta
                                                                                900 Jackson Street, Suite 570
                                                                                Dallas, TX 75202-4459

Bridgeport Diesel Service               Brown & Campbell Company                Busy B's Steel Erectors
358 FM 1658                             11800 Investment Dr                     8893 S FM 730
Bridgeport, TX 76426-6118               Shelby Township, MI 48315-1794          Boyd, TX 76023-4639

Colony Hardware Corporation             Comptroller of Public Accounts          Ficep Corporation
PO Box 471999                           C/O Office of the Attorney General      Forest Hill Industrial Park
Fort Worth, TX 76147-1999               Bankruptcy - Collections Division MC-008 2301 Industry Court
                                        PO Box 12548                            Forest Hill, MD 21050-1683
                                        Austin TX  78711-2548

Great America Financial Svcs.           H&E Equipment                           HILTI, Inc.
PO Box 660831                           PO Bo 849850                            PO Box 650756
Dallas, TX 75266-0831                   Dallas, TX 75284-9850                   Dallas, TX 75265-0756
```

| | | |
|---|---|---|
| Holloway Company<br>PO Box 79577<br>Fort Worth, TX 76179-0577 | Kelly Moore Paint Company Inc<br>Attn Kevin Rodgers<br>3101 Alta Mere Dr<br>Fort Worth, TX 76116-5292 | LanCarte Commercial<br>209 N. Hampton Street<br>Fort Worth, TX 76102-2432 |
| Linde Gas & Equipment Inc<br>Dept 0812<br>PO Box 120812<br>Dallas, TX 75312-0812 | Mercury County Mutual Insurance<br>PO Box 5600<br>Rancho Cucamonga, CA 91729-5600 | NTTA<br>PO Box 660244<br>Dallas, TX 75266-0244 |
| Nelson Fastener Systems<br>7900 W. Ridge road<br>PO Box 4019<br>Elyria, OH 44036-2019 | Nelson Stud Welding Inc<br>7900 W Ridge Rd<br>PO Box 4019<br>Elyria, OH 44036-2019 | Ohio Gratings, Inc<br>5500 Cedar Crest St<br>Houston, TX 77087-3220 |
| Ortho Texas<br>4780 N Josey Lane<br>Carrollton, TX 75010-4615 | Progressive<br>Dept 0561<br>Carol Stream, IL 60132-0001 | Quill LLC<br>PO Box 37600<br>Philadelphia, PA 19101-0600 |
| RMA Toll Processing<br>PO Box 734182<br>Dallas, TX 75373-4182 | Red Steel<br>c/o Charles Gameros<br>6116 N Central Expressway 1400<br>Dallas, TX 75206-5102 | Reliable Paving<br>c/o William Dunn<br>3400 Carlisle 200<br>Dallas, TX 75204-1271 |
| Reliable Paving, Inc.<br>5910 N Central Expy<br>Ste. 1310<br>Dallas, TX 75206-1103 | Ribeiro Othopedic<br>1101 W. Eagle Drive Suite B<br>Decatur, TX 76234-3721 | Sabre Industries<br>PO Box 658<br>Sioux City, IA 51102-0658 |
| Sanchez Steel Erectors<br>2504 Lasalle Dr<br>Irving, TX 75062-7125 | Simpson Strong-Tie<br>2151 S. Airport Drive<br>Mckinney, TX 75069-1370 | Steros Energy Services LLC<br>634 Lo Water Road 76050<br>Hurst, TX 76054 |
| Structural Solutions, Inc<br>6410 Southwest Road Suite 210<br>Fort Worth, TX 76109-3920 | TX Tag<br>PO Box 650749<br>Dallas, TX 75265-0749 | Texas First Rentals LLC<br>PO Box 650869<br>Dallas, TX 75265-0869 |
| Tru-Fit Products of Texas<br>460 Lake Road<br>Medina, OH 44256-2457 | (p)UBEO  LLC<br>PO BOX 791070<br>SAN ANTONIO TX 78279-1070 | US Small Business Administration<br>PO Box 3918<br>Portland, OR 97208-3918 |
| United Propane<br>PO Box 5<br>Justin, TX 76247-0005 | United States Treasury<br>P.O. Box 970022<br>Saint Louis, MO 63197-0022 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |

| | | |
|---|---|---|
| United States Trustee<br>Rm. 976 1100 Commerce St.<br>Dallas, TX 75242-0996 | Waste Connections Northwest Texas Direct<br>1201 W. Smith Ave<br>PO Box 819<br>Iowa Park, TX 76367-0819 | Water Logic<br>PO Box 677867<br>Dallas, TX 75267-7867 |
| Wells Fargo Bank, N.A.<br>Attn: Michelle Schulten<br>1010 Thomas Edison Blvd. SW<br>Cedar Rapids, IA 52404-8247 | Westlake Tax Services LLC<br>310 S Oak Street Suite 208<br>Roanoke, TX 76262-6721 | William Dunn<br>5910 N Central Expy<br>Ste. 1310<br>Dallas, TX 75206-1103 |
| Wise County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Wise County Tax Collector<br>404 W. Walnut<br>Decatur, TX 76234-1372 | Wise Electric Coop Inc.<br>PO Box 269<br>Decatur, TX 76234-0200 |
| Nicholas C. Inman<br>Allmand Law Firm, PLLC<br>860 Airport Freeway, Suite 401<br>Hurst, TX 76054-3264 | Roddrick Newhouse<br>401 Century Pkwy<br>Unit 715<br>Allen, TX 75013-8043 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

UBEO LLC
PO Box 791070
San Antonio, TX 78279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)226 CR 3341, LLC<br>The Law Office of Mark B. French<br>1901 Central Dr<br>Ste 704<br>BEDFORD76021 | (u)Lain, Faulkner & Co., P.C. | (u)AFISCO Industrial<br>PO Box 76005 |
| (d)Matthews Steel LLC<br>310 S. Oak Street Ste 216<br>Roanoke, TX 76262-6333 | (d)Wise County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N Stemmons Fwy, Ste 1000<br>Dallas, TX 75207-2328 | End of Label Matrix<br>Mailable recipients    70<br>Bypassed recipients     5<br>Total                  75 |